Matter of Cooper (2024 NY Slip Op 00488)

Matter of Cooper

2024 NY Slip Op 00488

Decided on February 1, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 1, 2024

PM-11-24
[*1]In the Matter of Bruce Michael Cooper, an Attorney. (Attorney Registration No. 2575488.)

Calendar Date:January 29, 2024

Before:Egan Jr., J.P., Clark, Fisher, McShan and Powers, JJ.

Bruce Michael Cooper, Rockville, Maryland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Bruce Michael Cooper was admitted to practice by this Court in 1993 and lists a business address in Washington, D.C. with the Office of Court Administration. Cooper now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) opposes the application by correspondence from its Deputy Chief Attorney.
As is noted by AGC, Cooper is presently delinquent in his New York attorney registration requirements, having failed to register for the 2023-2024 biennial period (see Judiciary Law § 468-a; Rules of Chief Admr of Cts [22 NYCRR] § 118.1). Inasmuch as Cooper is therefore subject to potential disciplinary action (see Judiciary Law § 468-a [5]; Rules of Prof Conduct [22 NYCRR 1200.0] rule 8.4 [d]; see also Matter of Attorneys in Violation of Judiciary Law § 468-a, 113 AD3d 1020, 1021 [3d Dept 2014]), he is ineligible for nondisciplinary resignation and his application must be denied (see Matter of Cluff, 148 AD3d 1346, 1346-1347 [3d Dept 2017]; Matter of Bomba, 146 AD3d 1226, 1226-1227 [3d Dept 2017]). Further, any future application by Cooper must be supported by proof of his full satisfaction of the requirements of Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1 (see Matter of Frank, 146 AD3d 1228, 1228-1229 [3d Dept 2017]).
Egan Jr., J.P., Clark, Fisher, McShan and Powers, JJ., concur.
ORDERED that Bruce Michael Cooper's application for permission to resign is denied.